# **EXHIBIT 1**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BRENDA ZECK,**<br><br>Plaintiffs,<br>v.<br><br>**ISOMEDIX OPERATIONS, INC., ET AL.,**<br><br>Defendants. | No.<br><br>Hon. |

## JOINDER AND CONSENT TO REMOVAL

Without waiving any of its defenses or other rights, Defendant **Cosmed Group, Inc.** hereby joins in and consents to the removal of *Brenda Zeck v. Isomedix Operations, Inc., et al.*, No. 2023L012291, from the **Circuit Court of Cook County, Illinois** to this Court.

Dated: July 25, 2024

Respectfully submitted,

/s/ Charles M. Gering
Charles M. Gering
Anthony Pesce
Jeremy Kogan
Pedersen & Houpt, P.C.
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
cgering@pedersenhoupt.com
apesce@pedersenhoupt.com
jkogan@pedersenhoupt.com

*Counsel for Cosmed Group Inc.*