# EXHIBIT 2

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 38

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 3/19/2024 3:35 PM 2023L012291

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | SUMMONS | For Court Use Only<br>FILED<br>3/19/2024 3:35 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2023L012291<br>Calendar, 38<br>26890061 |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Brenda Zeck<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>Medline Industries, Inc., Medline Industries, LP., Charles N. ("Charlie") Mills, James D. ("Jim") Abrams, Isomedix Operations, Inc., Cosmed Group, Inc., and Vantage Specialty Chemicals, Inc. | 2023L012291<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.
- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

FILED DATE: 3/19/2024 3:35 PM 2023L012291

In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: Vantage Specialty Chemicals, Inc.

Registered Agent's name, if any: The Corporation Trust Company

Street Address, Unit #: Corporation Trust Center 1209 Orange St.

City, State, ZIP: Wilmington, DE 19801

Telephone: ______ Email: ______

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*: ______

Street Address, Unit #: ______

City, State, ZIP: ______

Telephone: ______ Email: ______

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

c. Method of service on Defendant/Respondent:

☐ Sheriff ☐ Sheriff outside Illinois: ______ *County & State*

☑ Special process server ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached ______ *(Number)* *Additional Defendant/Respondent Address and Service Information* forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed: $ In excess of $50,000

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Lauren Blazing

Street Address, Unit #: 150 California Street, 18th Floor

City, State, ZIP: San Francisco, California 94111

Telephone: (628) 251-2045 Email: lblazing@edelson.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:

Address: 50 W Washington Street, Room 801

City, State, ZIP: Chicago, IL 60602

FILED DATE: 3/19/2024 3:35 PM 2023L012291

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

☐ b. Attend court:

On: ______________ at ______________ ☐ a.m. ☐ p.m. in ______________
*Date* *Time* *Courtroom*

**In-person at:**

______________________________________________
*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance")**:**

By telephone: ______________________________
*Call-in number for telephone remote appearance*

By video conference: ______________________________
*Video conference website*

______________________________
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ______________________ or visit their website
*Circuit Clerk's phone number*

at: ______________________ to find out more about how to do this.
*Website*

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** ______________________
3/19/2024 3:35 PM IRIS Y. MARTINEZ
**Clerk of the Court:** ______________________

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Seal of Court*

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: ______________________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: 2023L012291

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 3/19/2024 3:35 PM 2023L012291

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | Brenda Zeck<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>Medline Industries, Inc., Medline Industries, LP., Charles<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2023L012291<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.****

**My name is** ______________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
______________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ________
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ________
City, State, ZIP: ________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ________
City, State, ZIP: ________
And left it with: ________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: ________ .

☐ On the Corporation's agent, ________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ________
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ________
City, State, ZIP: ________

FILED DATE: 3/19/2024 3:35 PM 2023L012291

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

______________________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________________________
   City, State, ZIP: ______________________________________________
   Other information about service attempt: ______________________________________________
   ______________________________________________
   ______________________________________________
   ______________________________________________

2. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________________________
   City, State, ZIP: ______________________________________________
   Other information about service attempt: ______________________________________________
   ______________________________________________
   ______________________________________________
   ______________________________________________

3. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________________________
   City, State, ZIP: ______________________________________________
   Other information about service attempt: ______________________________________________
   ______________________________________________
   ______________________________________________
   ______________________________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

______________________________________________

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

______________________________
*County and State*

☐ Special process server
☐ Licensed private detective

______________________________________________
*Print Name*

**FEES**

Service and Return: $ ________
Miles ________ $ ________
Total $ ________

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________________

**Print Form** **Save Form** **Reset Form**

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 38

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. **Forms are free at ilcourts.info/forms.**

FILED DATE: 3/19/2024 3:35 PM 2023L012291

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | SUMMONS | *For Court Use Only*<br>FILED<br>3/19/2024 3:35 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2023L012291<br>Calendar, 38<br>26890061 |
|---|---|---|

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Brenda Zeck<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | v. |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>Medline Industries, Inc., Medline Industries, LP., Charles N. ("Charlie") Mills, James D. ("Jim") Abrams, Isomedix Operations, Inc., Cosmed Group, Inc., and Vantage Specialty Chemicals, Inc. |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2023L012291
**Case Number**

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.
- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

FILED DATE: 3/19/2024 3:35 PM 2023L012291

In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*: Isomedix Operations, Inc.
Registered Agent's name, if any: CT Corporation System
Street Address, Unit #: 208 S. LaSalle Str., Suite 814
City, State, ZIP: Chicago, IL 60604
Telephone: ______ Email: ______

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:
Name *(First, Middle, Last)*: ______
Street Address, Unit #: ______
City, State, ZIP: ______
Telephone: ______ Email: ______

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

c. Method of service on Defendant/Respondent:
☑ Sheriff ☐ Sheriff outside Illinois: ______ *County & State*
☐ Special process server ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**
I have attached ______ *(Number)* *Additional Defendant/Respondent Address and Service Information* forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed: $ In excess of $50,000

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Lauren Blazing
Street Address, Unit #: 150 California Street, 18th Floor
City, State, ZIP: San Francisco, California 94111
Telephone: (628) 251-2045 Email: lblazing@edelson.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons (Defendant)*:**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:
Address: 50 W Washington Street, Room 801
City, State, ZIP: Chicago, IL 60602

FILED DATE: 3/19/2024 3:35 PM 2023L012291

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

☐ b. Attend court:

On: ______________ at ______________ ☐ a.m. ☐ p.m. in ______________
*Date* *Time* *Courtroom*

**In-person at:**

______________________________________________
*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance")**:**

By telephone: ______________________________
*Call-in number for telephone remote appearance*

By video conference: ______________________________
*Video conference website*

______________________________
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ______________________ or visit their website
*Circuit Clerk's phone number*

at: ______________________ to find out more about how to do this.
*Website*

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** 3/19/2024 3:35 PM IRIS Y. MARTINEZ

**Clerk of the Court:** ______________________

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Seal of Court*

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**
- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: ______________________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: 2023L012291

FILED DATE: 3/19/2024 3:35 PM 2023L012291

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | Brenda Zeck<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>Medline Industries, Inc., Medline Industries, LP., Charles<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2023L012291<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.****

**My name is** ______________________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

______________________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________
And left it with: ______________________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: ____________ .

☐ On the Corporation's agent, ______________________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ______________________________
City, State, ZIP: ______________________________

FILED DATE: 3/19/2024 3:35 PM 2023L012291

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

______________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________
   City, State, ZIP: ______________________
   Other information about service attempt: ______________________

2. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________
   City, State, ZIP: ______________________
   Other information about service attempt: ______________________

3. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________
   City, State, ZIP: ______________________
   Other information about service attempt: ______________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

______________________________________

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

______________________
*County and State*

☐ Special process server
☐ Licensed private detective

______________________________________
*Print Name*

**FEES**

Service and Return: $ ________
Miles ________ $ ________
Total $ ________

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________

Print Form    Save Form    Reset Form

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, 38

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts.
Forms are free at ilcourts.info/forms.

FILED DATE: 3/19/2024 3:35 PM 2023L012291

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | SUMMONS | For Court Use Only<br>FILED<br>3/19/2024 3:35 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2023L012291<br>Calendar, 38<br>26890061 |
|---|---|---|
| **Instructions** ▼ | | |
| Enter above the county name where the case was filed. | Brenda Zeck<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Below "Defendants/ Respondents," enter the names of all people you are suing. | **Defendants / Respondents** *(First, middle, last name)*<br>Medline Industries, Inc., Medline Industries, LP., Charles N. ("Charlie") Mills, James D. ("Jim") Abrams, Isomedix Operations, Inc., Cosmed Group, Inc., and Vantage Specialty Chemicals, Inc. | 2023L012291<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

# IMPORTANT: You have been sued.

- Read all documents attached to this Summons.
- You MUST file an official document with the court within the time stated on this Summons called an *Appearance* and a document called an *Answer/Response*. If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You may be charged filing fees, but if you cannot pay them, you can file an Application for Waiver of Court Fees.
- It is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.
- Need help? Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents. You can also get free legal information and legal referrals at illinoislegalaid.org. All documents referred to in this Summons can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- ¿Necesita ayuda? Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.

## Plaintiff/Petitioner:

**Do not use this form** in these types of cases:

- All criminal cases
- Eviction
- Small Claims
- Divorce
- Order of protection
- Paternity
- Stalking no contact orders
- Civil no contact orders
- Adult guardianship
- Detinue
- Foreclosure
- Administrative review cases

For eviction, small claims, divorce, and orders of protection, use the forms available at ilcourts.info/forms. If your case is a detinue, visit illinoislegalaid.org for help.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

FILED DATE: 3/19/2024 3:35 PM 2023L012291

In **1a**, enter the name and address of the first Defendant/ Respondent you are serving. If you are serving a Registered Agent, include the Registered Agent's name and address here.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:

Name *(First, Middle, Last)*: Cosmed Group, Inc.

Registered Agent's name, if any:

Street Address, Unit #: 28 Narragansett Ave.

City, State, ZIP: Jamestown, RI 02836

Telephone: Email:

In **1b**, enter a second address for the first Defendant/ Respondent, if you have one.

b. If you have more than one address where Defendant/Respondent might be found, list that here:

Name *(First, Middle, Last)*:

Street Address, Unit #:

City, State, ZIP:

Telephone: Email:

In **1c**, check how you are sending your documents to this Defendant/ Respondent.

c. Method of service on Defendant/Respondent:

☐ Sheriff ☐ Sheriff outside Illinois: ________ *County & State*

☑ Special process server ☐ Licensed private detective

Check here if you are serving more than 1 Defendant/ Respondent. Attach an *Additional Defendant/ Respondent Address and Service Information* form for each additional Defendant/Respondent and write the number of forms you attached.

☐ **I am serving more than 1 Defendant/Respondent.**

I have attached ________ *(Number)* *Additional Defendant/Respondent Address and Service Information* forms.

In **2a**, enter the amount of money owed to you. Check **2b** if you are asking for the return of tangible personal property.

**2. Information about the lawsuit:**

a. Amount claimed: $ In excess of $50,000

☐ b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession).

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: Lauren Blazing

Street Address, Unit #: 150 California Street, 18th Floor

City, State, ZIP: San Francisco, California 94111

Telephone: (628) 251-2045 Email: lblazing@edelson.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: ilcourts.info/forms.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:

Address: 50 W Washington Street, Room 801

City, State, ZIP: Chicago, IL 60602

FILED DATE: 3/19/2024 3:35 PM 2023L012291

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

☐ b. Attend court:

On: ______________ at ______________ ☐ a.m. ☐ p.m. in ______________
*Date* *Time* *Courtroom*

**In-person at:**

______________________________________________
*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance")**:**

By telephone: ______________________________
*Call-in number for telephone remote appearance*

By video conference: ______________________________
*Video conference website*

______________________________
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ______________________ or visit their website
*Circuit Clerk's phone number*

at: ______________________ to find out more about how to do this.
*Website*

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** ______________________

**Clerk of the Court:** 3/19/2024 3:35 PM IRIS Y. MARTINEZ

CIRCUIT COURT • OF COOK COUNTY, ILLINOIS •

*Seal of Court*

**STOP! The officer or process server will fill in the Date of Service**

**Note to officer or process server:**

- If 4a is checked, this *Summons* must be served within 30 days of the witness date.
- If 4b is checked, this *Summons* must be served at least 21 days before the court date, unless 2b is also checked.
  - If 4b and 2b are checked, the *Summons* must be served at least 3 days before the court date.

Date of Service: ______________________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

Enter the Case Number given by the Circuit Clerk: 2023L012291

This form is approved by the Illinois Supreme Court and must be accepted in all Illinois Courts. Forms are free at ilcourts.info/forms.

FILED DATE: 3/19/2024 3:35 PM 2023L012291

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed.<br>Enter your name as Plaintiff/Petitioner. | Brenda Zeck<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>Medline Industries, Inc., Medline Industries, LP., Charles<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 2023L012291<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form. Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent.****

**My name is** ______________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
______________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________
City, State, ZIP: ______________________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________
City, State, ZIP: ______________________
And left it with: ______________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on this date: ____________ .

☐ On the Corporation's agent, ______________________
*First, Middle, Last*
☐ Male ☐ Female ☐ Non-Binary Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ______________________
City, State, ZIP: ______________________

FILED DATE: 3/19/2024 3:35 PM 2023L012291

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

______________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

2. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

3. On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

______________________________

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

______________________________
*County and State*

☐ Special process server
☐ Licensed private detective

______________________________
*Print Name*

**FEES**

Service and Return: $ ________
Miles ________ $ ________
Total $ ________

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________________

Print Form | Save Form | Reset Form