# **EXHIBIT 7**



# Transcript of Proceedings had in
# Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.

**Taken On:** July 17, 2024

Royal Reporting Services, Inc.
Phone: 312.361.8851
Email: info@royalreportingservices.com
Website: royalreportingservices.com

Case: 1:24-cv-06529 Document #: 1-7 Filed: 07/26/24 Page 3 of 7 PageID #:201

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

```
KATHLEEN KOCH,                    )
                                  )
            Plaintiff,            )
        v.                        ) No. 2023 L 686
                                  )
VANTAGE SPECIALTY                 ) All Consolidated
CHEMICALS, INC.; et al.,          ) Cases
                                  )
            Defendants.           )
```

     Report of proceedings had at the hearing in the above-entitled cause before the HONORABLE JOHN H. EHRLICH, Judge of said Court, at Richard J. Daley Center, 50 West Washington Street, Room 2306, Chicago, Illinois, commencing at 9:00 a.m. on July 17th, 2024.

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 2

```
 1    APPEARANCES:
 2         REDGRAVE LLP
           MR. CHRISTOPHER Q. KING
 3         230 West Monroe Street
           Suite 210
 4         Chicago, Illinois 60606
           Phone:  312.800.1968
 5         E-mail:  cking@redgravellp.com

 6              Discovery Neutral

 7         STINAR GOULD GRIECO & HENSLEY
           MR. BRYCE T. HENSLEY
 8         101 North Wacker Drive
           Suite 100
 9         Chicago, Illinois 60606
           Phone:  312.728.7444
10         E-mail:  bryce@sgghlaw.com

11              On behalf of the Plaintiff;

12         KIRKLAND & ELLIS LLP
           MR. BRENTON A. ROGERS
13         MS. KATIE J. WELCH
           300 North LaSalle Street
14         Suite 4800
           Chicago, Illinois 60654
15         Phone:  312.862.2000
           E-mails: brenton.rogers@kirkland.com
16                  katie.welch@kirkland.com

17              and

18         ROPES & GRAY LLP
           MR. NICHOLAS M. BERG
19         MR. JEFFREY J. BUSHOFSKY
           191 North Wacker Drive
20         32nd Floor
           Chicago, Illinois 60606
21         Phone:  312.845.1200
           E:mails: nicholas.berg@ropesgray.com
22                  jeffrey.bushofsky@ropesgray.com

23              On behalf of the Defendant Vantage Specialty
                Chemicals, Inc.;
24
```

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 3

```
 1    APPEARANCES (continued):
 2         JONES DAY
           MR. PHILIP M. OLISS
 3         MS. ERICA E. DUFF
           110 North Wacker Drive
 4         Suite 4800
           Chicago, Illinois 60606
 5         Phone:  312.782.3939
           E-mails: poliss@jonesday.com
 6                  eduff@jonesday.com
 7             On behalf of the Defendant STERIS Isomedix
               Services, Inc.;
 8
           PEDERSEN & HOUPT
 9         MR. ANTHONY DeMARCO PESCE
           MR. CHARLES M. GERING
10         161 North Clark Street
           Suite 2700
11         Chicago, Illinois 60601
           Phone:  312.641.6888
12         E-mails: apesce@pedersenhoupt.com
                    cgering@pedersenhoupt.com
13
               On behalf of the Defendant Cosmed Group, Inc.;
14
           K&L GATES LLP
15         MR. VINCENZO R. CHIMERA
           70 West Madison Street
16         Suite 3300
           Chicago, Illinois 60602
17         Phone:  312.372.1121
           E-mail:  vincenzo.chimera@klgates.com
18
               On behalf of PPG Industries, Inc.;
19
           DLA PIPER LLP
20         MR. JOSEPH A. ROSELIUS
           444 West Lake Street
21         Suite 900
           Chicago, Illinois 60606
22         Phone:  312.368.4000
           E-mail:  joseph.roselius@dlapiper.com
23
               On behalf of BASF.
24               *   *   *   *   *   *
```

Case: 1:24-cv-06529 Document #: 1-7 Filed: 07/26/24 Page 6 of 7 PageID #:204

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 16

1  the blocking issues may be the one dealing with some of
2  the briefs I received in the past week, sort of the
3  issue of the new cases against PPG and BASF. And we
4  talked about this last time, and I had sort of wavered
5  in what I thought was the best resolution. I've done
6  some legal research in the meantime. I certainly don't
7  claim to be an expert in federal removal law by any
8  means, but I guess the initial question I have is
9  whether this is, in fact, a legal question or whether
10 it's really just a factual issue.
11     It's my understanding that plaintiff plans on
12 naming individual persons, either current or former
13 employees of BASF and PPG, as defendants in the case.
14     MR. HENSLEY: Correct.
15     THE COURT: Have any of those people been named
16 yet?
17     MR. HENSLEY: They were amended in a small handful
18 of cases. The Court entered an order. I'd have to go
19 back and look at the order for the date on that. But in
20 a small number of cases, you granted leave for us to
21 amend to add in -- it's Penman and one other individual
22 witness. So they have been added in those cases. We
23 have a motion to amend that we filed yesterday --
24 courtesy copies here -- that we intend -- it goes

Page 17

1  through kind of our plan in terms of amending to add
2  them in a large number of cases, and that's covered in
3  our brief here.
4      THE COURT: Is there a timeline for getting those
5  people into the case --
6      MR. HENSLEY: Our --
7      THE COURT: -- in the amended complaint?
8      MR. HENSLEY: Our plan would be that if the order
9  is entered today granting us leave to amend, that we
10 would be able to get our complaints on file within
11 14 days.
12     THE COURT: When is the one-year deadline for the
13 removal statute? When does it run with regard to BASF
14 and PPG?
15     MR. ROSELIUS: Your Honor, that's a very
16 complicated question.
17     THE COURT: And I don't -- And I don't know -- I'm
18 asking, in part, because I don't know what type of
19 jurisdiction we are, whether it's based upon the service
20 on the last defendant or service on the first defendant.
21     MR. ROSELIUS: It's a very complicated question,
22 Your Honor, in part, because the plaintiffs have filed
23 cases on many different dates and now have sought, as
24 you know, to bring in BASF and PPG into the shell of

Page 18

1  these old cases that have been pending for five or more
2  years -- or for four or more years. So, you know --
3      THE COURT: But the issue is, is if they name these
4  individuals that are Illinois residents, that destroys
5  diversity, so...
6      MR. ROSELIUS: I don't think that's true,
7  Your Honor, because there's still a question of improper
8  joinder. I know Mr. Hensley litigated this in
9  Sterigenics. We think that's a different issue, and we
10 would take it up with the federal court if those
11 individual defendants are added.
12     THE COURT: Well, then in that case -- My other
13 alternative is, why are the defendants waiting at
14 this -- why are they waiting? Why don't you go ahead
15 and file your removal petition at this point, see what
16 you don't -- you don't -- You can have more than one
17 removal petition. So if the first one fails, the
18 federal judge hopefully will tell you why he or she is
19 denying the petition. Because if there aren't enough
20 statements in the record -- I think there are -- there
21 have been, but this Court certainly considers Vantage
22 and Medline to be nominal defendants only and in name
23 only. They're solely here for purposes of the
24 settlements.

Page 19

1      I haven't made a finding if there's any
2  untoward conduct by the parties in trying to delay the
3  settlements. I don't think anybody wants that. But if
4  there is, we have not had -- haven't had that
5  evidentiary hearing, which there hasn't been. So I
6  don't see any untoward conduct.
7      And moreover, I guess I have a question with
8  regard to Cosmed and Isomedix. They're out-of-state
9  corporations, and they have been in this case -- or in
10 these cases all along. So if it's -- What difference
11 does it -- What I was looking for and what I didn't
12 find -- Let's put it this way. What I was looking for
13 and what I didn't find was any -- and I don't want to
14 use the word "duty," but any preference, I guess, that I
15 am supposed to make as a state court judge in teeing up
16 a case so that it could be removed to federal court.
17 It's not my responsibility to do that. Whether it's --
18 Whether that happens or not is simply the nature of the
19 case, but it's not my responsibility to make sure that a
20 party gets a federal forum versus a state forum. I
21 mean, that's not the purpose of --
22     MR. CHIMERA: If I may be heard --
23     THE COURT: -- of complete diversity of
24 jurisdiction.

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 7/17/2024

Page 34

1  STATE OF ILLINOIS   )
                       ) SS.
2  COUNTY OF COOK      )

3

4         Enza Tenerelli, being first duly sworn, on

5  oath says that she is a Certified Shorthand Reporter and

6  Registered Professional Reporter, doing business in the

7  City of Chicago, County of Cook, and the State of

8  Illinois;

9         That she reported in shorthand the proceedings

10 had at the foregoing hearing;

11        And that the foregoing is a true and correct

12 transcript of her shorthand notes so taken as aforesaid

13 and contains all the proceedings had at the said

14 hearing.

15

16

17   _____
     ENZA TENERELLI, CSR, RPR
18   161 North Clark Street
     Suite 3050
19   Chicago, Illinois 60601
     Phone: 312.361.8851
20
     CSR No. 084-004873
21

22

23

24

Royal Reporting Services, Inc.
312.361.8851